| | | |
|---|---|---|
| ARTFUL COLOR, INC., | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:12-CV-576-BO |
| | ) | |
| MELVIN HALE, | ) | |
|       Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court declines to exercise its jurisdiction over this matter and this action is DISMISSED in its entirety without prejudice.

**This Judgment Filed and Entered on March 4, 2013, and Copies To:**

Jason A. Miller (via CM/ECF Notice of Electronic Filing)
Melvin Hale (375 S. Sepulveda Blvd., Apt. 303, Los Angeles, CA 90034)

DATE                                                            JULIE A. RICHARDS, CLERK
March 4, 2013                                       /s/ Susan K. Edwards
                                                                    (By) Susan K. Edwards, Deputy Clerk